| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | MICHAEL G. TIERNEY |
| | Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |
| 5 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-po-00086-SAB |
| | Citation No. 6814949 |
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| ALI SARSAK, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Michael G. Tierney, Assistant United States Attorney, hereby moves to dismiss Violation Notice 6814949 issued to Ali Sarsak on February 11, 2017, without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: May 16, 2017            Respectfully submitted,

                                                        PHILLIP A. TALBERT
                                                        United States Attorney

                                     By:   /s/ Michael G. Tierney
                                                   MICHAEL G. TIERNEY
                                                   Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that Violation Notice 6814949 issued on February 11, 2017 to Ali Sarsak be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**May 17, 2017**__

UNITED STATES MAGISTRATE JUDGE